UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 17-4672-MWF(SKx)**                              Dated: **September 26, 2017**

Title:    Harman International Industries, Inc. -*v*- New Audio Video etc.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

  Cheryl Wynn                                  None Present
  Relief Courtroom Deputy                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:              ATTORNEYS PRESENT FOR DEFENDANTS:

  None Present                                 None Present

PROCEEDINGS (IN CHAMBERS):     ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

In light of the Default By Clerk entered on September 22, 2017, the Court sets a hearing for Order To Show Cause Re Default Judgment for **October 23, 2017 at 11:30 a.m.** *If a Motion for Default Judgment is filed prior to this hearing, the hearing will be vacated, and the Order To Show Cause discharged.*

IT IS SO ORDERED.