JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

HARMAN INTERNATIONAL INDUSTRIES, INC.,

            Plaintiff,

vs.

NEW AUDIO VIDEO, dba NEWAUDIOVIDEO.COM,

            Defendant.

Case No. CV-17-4672-MWF (SKx)

**DEFAULT JUDGMENT AND INJUNCTION AGAINST DEFENDANT NEW AUDIO VIDEO, dba NEWAUDIOVIDEO.COM.**

     The above-entitled matter came before the Honorable Michael W. Fitzgerald, United States District Judge, presiding in Courtroom 5A of the above-entitled Court, pursuant to Plaintiff's Application for Judgment Pursuant to Clerk's Entry of Default (Docket No. 28).

     Defendant New Audio Video, dba newaudiovideo.com, having been regularly served with process, having failed to plead or otherwise defend this action and its default having been entered on September 22, 2017, and upon

Plaintiff having requested judgment against the defaulted Defendant; and having considered Plaintiff's Application and supporting papers, and good cause being shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be entered as follows:

1. Defendant shall pay Plaintiff a sum of **$2,044,000**, which is inclusive of statutory damages pursuant to 15 U.S.C. § 1117(c)(2) ($2,000,000), attorneys' fees pursuant to 15 U.S.C. § 1117(a) and Local Rule 55-3 ($43,600), and costs pursuant to 15 U.S.C. § 1117(a) ($400).

2. Defendant and its partners, officers, agents, servants, employees, attorneys, subsidiaries, and successors-in-interest and all those acting in concert with them with actual knowledge of this Judgment are hereby permanently enjoined, effective immediately, from the following:

    A. using the Harman Marks or any mark that is confusingly similar to the Harman Marks, whether alone or in combination with any other words or symbols;

    B. acquiring, or taking any steps to acquire, any Harman products containing the Harman Marks, including, but not limited to, REVEL, LEXICON, HARMAN KARDON or JBL, in violation of any agreement Harman may have with its authorized dealers, or through any other improper or unlawful channels;

    C. advertising, selling, listing, promoting, displaying, offering for sale or shipping, or taking any steps to advertise, sell, list, promote, display, offer for sale or ship, any Harman product containing the Harman Marks, including but not limited to REVEL, LEXICON, HARMAN KARDON or JBL products;

D.  inducing, assisting or abetting any other person or entity in engaging in or performing any of the activities proscribed in the paragraphs above; and

E.  engaging in any further infringement and/or counterfeiting.

Dated: December 5, 2017

_____
MICHAEL W. FITZGERALD
United States District Judge